**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1424

EDGAR M. PORTER,

Plaintiff - Appellant,

versus

MONTGOMERY COUNTY GOVERNMENT; MONTGOMERY
COUNTY HOUSING OPPORTUNITY COMMISSION;
MONTGOMERY COUNTY PUBLIC SCHOOL; THE CIRCUIT
COURT FOR MONTGOMERY COUNTY, MARYLAND,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Deborah K. Chasanow, District Judge. (CA-
05-75-DKC)

Submitted: August 18, 2005          Decided: August 23, 2005

Before WIDENER, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Edgar M. Porter, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Edgar M. Porter appeals a district court order dismissing without prejudice his civil rights complaint.  The district court dismissed the amended supplemental complaint because Porter only made general, non-fact-specific allegations of racial bias.  We have reviewed the record and the district court's order and affirm for the reasons cited by the district court.  See Porter v. Montgomery County, No. CA-05-75-DKC (D. Md. filed Mar. 15, 2005; entered Mar. 16, 2005).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED